# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| JOHN ROBINSON, an individual, | * * * | |
| PLAINTIFF, | * * | |
| v. | * * | Case No. 1:24-cv-3067 |
| SPEEDWAY LLC, a limited liability company, | * * * | Honorable LaShonda A. Hunt |
| DEFENDANT. | * | |

## JOINT STATUS OF SETTLEMENT

The parties hereby provide the following update to the court. The parties have settled this matter. Plaintiff has submitted a signed settlement agreement to the Defendant. Counsel for Defendant is waiting for his client to return the fully executed agreement. The parties respectfully ask for 45 days to enter the stipulation of dismissal.

Dated this 5th day of August, 2024.

                Attorney for Plaintiff:

                By: /s/ Ryan D. Johnson
                Johnson Law Firm, LLC
                6615 Grand Ave., PMB 423
                Gurnee, IL  60031
                Phone: (224) 548-0855
                rjohnsonada@gmail.com

Attorney for Defendant:

/s/ MICHAEL S. ORR___
CALL & JENSEN, APC
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
(949) 717-3000
msorr@calljensen.com