# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOHN ROBINSON, an individual, | * * * |
| PLAINTIFF, | * * |
| v. | * Case No. 1:24-cv-3067 * |
| SPEEDWAY LLC, a limited liability company, | * Honorable LaShonda A. Hunt * * |
| DEFENDANT. | * |

## STIPULATION OF DISMISSAL

The parties hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed **with prejudice** as to all claims, causes of action, and parties, with each party bearing their own costs.

Dated this 12th day of August, 2024.

Attorney for Plaintiff:

By: /s/ Ryan D. Johnson
Johnson Law Firm, LLC
6615 Grand Ave., PMB 423
Gurnee, IL 60031
Phone: (224) 548-0855
rjohnsonada@gmail.com

Attorney for Defendant:

/s/ MICHAEL S. ORR
CALL & JENSEN, APC
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
(949) 717-3000
msorr@calljensen.com